# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER PEREZ, a/k/a "Flaco"<br><br>_____<br>Defendant | )<br>)<br>) Case No. **14 CRIM 468**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER PEREZ, a/k/a "Flaco"                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Narcotics conspiracy (21 U.S.C. § 846)

Date:   JUL 1 5 2014                    _____
                                                    *Issuing officer's signature*

City and state:  _____    _____
                                                    *Printed name and title*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 3 2014

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____                    _____
                                                    *Arresting officer's signature*

                                                    DET PAUL JOELSON
                                                    _____
                                                    *Printed name and title*