```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA

        - v. -

    CHRISTOPHER PEREZ,

                Defendant.
- - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 551 (AT)

14 Cr. 468-15

WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the defendant, Christopher Perez, so the Government can prepare its case and ensure that it is able to meet its discovery obligations and because Mr. Perez's attorney has requested the files to better prepare for a potential sentencing;

IT IS HEREBY ORDERED that the U.S. Probation Office provide a copy of the complete case file maintained for the defendant, Christopher Perez, to counsel for the Government and to the defendant, Christopher Perez.

SO ORDERED.

Dated: June 21, 2021
      New York, New York

**ANALISA TORRES**
United States District Judge