USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

CHRISTOPHER PEREZ,

                Defendant.

14 Cr. 468-15 (AT)

15 Cr. 551-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold an initial conference in this action on **June 22, 2021**, at **11:00 a.m.**, using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (Criminal proceedings "cannot in all instances be conducted in person without seriously jeopardizing public health and safety . . . video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant"). Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 888-398-2342 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: June 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge