UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

CHRISTOPHER PEREZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

14 Cr. 468-15 (AT)

15 Cr. 551-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for July 28, 2021, is ADJOURNED to **September 13, 2021**, at **9:30 a.m.**, at which time the parties will appear for an in-person proceeding for the purposes of hearing pleas and sentencing Defendant for violations of supervised release in each of the above-captioned cases. Defendant's submissions will be due by **August 20, 2021**. The Government may make a submission by **September 6, 2021**.

Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference, whether in listen-only mode or otherwise, are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: July 23, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge