UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PEREZ,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2021

14 Cr. 468-15 (AT)

15 Cr. 551-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for September 13, 2021, is ADJOURNED to **October 19, 2021**, at **2:00 p.m.**

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

ANALISA TORRES
United States District Judge